IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



**LORD VERSATILE,**

    Plaintiff,

v.                                                           Civil Action No. **3:09cv120**

**GENE JOHNSON,** *et al.*,

    Defendants.

### MEMORANDUM ORDER

Plaintiff, a Virginia inmate proceeding *pro se*, filed this action alleging that Defendants Johnson, Jabe, Wright, Jennings, Kelly, and Robinson[1] violated his rights to practice his religion. On December 31, 2009, the Court denied Defendants' motion for summary judgment and referred this matter to the Magistrate Judge for further proceedings. Due to a clerical mistake, the December 31, 2009 Memorandum Opinion incorrectly states that Claim Two relates to two individuals who are not parties in this suit. Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the Court hereby CORRECTS the reference to Plaintiff's Claim Two on Page One of the December 31, 2009 Order, to read as follows:

    Claim Two     Defendants Kelly and Robinson violated Plaintiff's rights under RLUIPA when they failed to comply with VDOC regulations requiring them to process Plaintiff's request that the Nation be recognized as a religion at Sussex I.

---

[1] Gene Johnson is the Director of the Virginia Department of Corrections ("VDOC"). John Jabe is the Deputy Director of Operations for the VDOC. Benjamin A. Wright is the Chairman of the VDOC Publication Review Board. W.D. Jennings is described as the formal Chairman of the VDOC Publication Review Board. Loretta Kelly is the Warden of Sussex I State Prison ("Sussex I"). A. David Robinson is the Regional Director of the VDOC.

The Clerk is DIRECTED to send a copy of the Memorandum Order to Plaintiff and counsel of record.

And it is so Ordered.

Dated: JAN 2 1 2010
Richmond, Virginia

/s/
Richard L. Williams
United States District Judge