**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

FILED
OCT 27 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

LORD VERSATILE,                    )
                                   )
          Petitioner,              )
                                   )
v.                                 )     Civil Action No. **3:09CV120**
                                   )
GENE JOHNSON, *et al.*,            )
                                   )
          Respondents.             )

## ORDER
### (Adopting Report and Recommendation)

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1.    Versatile's objections (Docket No. 108) are OVERRULED and the Report and Recommendation (Docket No. 105) is ACCEPTED and ADOPTED.

2.    Versatile's Motion for Relief from Judgment (Dk. No. 109), Motion for a Temporary Restraining Order (Dk. No. 110), and Motion for a Preliminary Injunction (Dk. No. 111) are DENIED.

3.    Versatile's claims and the action are DISMISSED.

Versatile may appeal the decision of the Court. Failure to file written notice of appeal within thirty (30) days of the date of entry hereof may result in the loss of the right to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Versatile and all counsel of record.

          It is so ORDERED.

                                        _____/s/_____
                                        Henry E. Hudson
                                        United States District Judge

Date: Oct 26, 2011
Richmond, Virginia